# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SONYA Z. DUEX,

        Plaintiff,

vs.

LAS VEGAS RESORT HOLDINGS, LLC dba SAHARA LAS VEGAS, a Delaware limited liability company, and ROES I-X, inclusive,

        Defendant.

2:20-cv-02073-APG-VCF

**ORDER**

    Before the court is *Sonya Z. Duex v. Las Vegas Resort Holdings, LLC dba Sahara Las Vegas, a Delaware limited liability company, and ROES I-X, inclusive*, case number 2:20-cv-02073-APG-VCF.

    A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    Accordingly,

    IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before February 2, 2021.

    IT IS FURTHER ORDERED that a telephonic status hearing is 1:00 PM, February 3, 2021.

    The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

    DATED this 27th day of January, 2021.

                                               CAM FERENBACH
                                               UNITED STATES MAGISTRATE JUDGE