# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SONYA Z. DUEX,

    Plaintiff,

v.

LAS VEGAS RESORT HOLDINGS, LLC,

    Defendant.

Case No. 2:20-cv-02073-APG-VCF

**ORDER**

On February 17, 2021, the parties engaged in an Early Neutral Evaluation and reached a settlement. Docket No. 17. The Court ordered the parties to file a stipulation of dismissal no later than May 3, 2021. *Id.* To date, the parties have neither filed a stipulation of dismissal nor requested an extension to do so. *See* Docket. Accordingly, the parties are hereby **ORDERED** to file a stipulation of dismissal, no later than May 7, 2021.

IT IS SO ORDERED.

Dated: May 4, 2021

                                                             Nancy J. Koppe
                                                            United States Magistrate Judge