Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Sonya Duex

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **SONYA Z. DUEX**, an individual;<br><br>            Plaintiff,<br><br>     vs.<br><br>**LAS VEGAS RESORT HOLDINGS, LLC** dba SAHARA LAS VEGAS, a Delaware limited liability company, and ROES I-X, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-02073-APG-VCF |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Sonya Z. Duex and Defendant Las Vegas Resort Holdings, LLC dba Sahara Las Vegas, by and through their legal counsel, and stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to the dismissal with prejudice of the above-captioned action.  Each party shall bear its own costs and attorneys' fees.

Dated: May 5, 2021.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Plaintiff
Sonya Duex

Dated: May 5, 2021.

Respectfully submitted,

/s/ Susan Heaney Hilden
Susan Heaney Hilden (NV Bar No. 5358)
2500 East Second Street
Reno, Nevada 89595
Telephone: (775) 789-5362
shilden@meruelogroup.com

Attorney for Defendant
Las Vegas Resort Holdings, LLC

IT IS SO ORDERED:

Dated: May 5, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE